**THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

_____

| | |
|---|---|
| E.W., by and through her next friend, Kendra Watts; J.A., by and through her next friend, Linda Alford; C.M., by and through his next friend, Lena Clark; on behalf of themselves and all persons similarly situated; DISABILITY RIGHTS MISSISSIPPI, <br><br> Plaintiffs, <br><br> v. <br><br> LAUDERDALE COUNTY, MISSISSIPPI, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) Case No.  4:09 CV 137 TSL-LRA ) ) ) ) ) ) |

_____

**ORDER GRANTING APPROVAL OF SETTLEMENT AGREEMENT**
**AND ORDERING OF DISMISSAL WITHOUT PREJUDICE**

Upon consideration of the Parties' Joint Motion requesting approval of their proposed

Settlement Agreement and dismissal of this matter without prejudice, it is hereby ordered that

the motion is GRANTED. The Court finds that the parties have met the requirements of Fed. R.

Civ. P. 23, and that the proposed settlement is a product of serious, informed, non-collusive

negotiations, has no obvious deficiencies, does not improperly grant preferential treatment to

class representatives or segments of the class, and falls within the range of possible relief.

Approval of this Agreement will spare both the Court and the parties from expensive and

protracted litigation. *Reed v. General Motors Corp.,* 703 F.2d 170, 172 (5th Cir. 1983). Further,

the agreement does not adversely affect the rights of putative class members to bring individual

legal actions against the Defendant. Each future class member will be informed of his or her

right to opt of out the enforcement and monitoring of the Settlement Agreement.  Approval of

the proposed Settlement Agreement is therefore GRANTED.

This matter is therefore DISMISSED WITHOUT PREJUDICE.

This 3rd  day of  June,  2010.


/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE